**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

**MARK A. JONES**, SBN 96494
**SCOTT H. CAVANAUGH**, SBN 245261
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Telephone:  916-552-5959
Facsimile:  916-442-5959

Attorneys for Defendants, City of Vallejo, M. Thompson, D. Joseph, M. Nicol,
J. Jaksch, B. Clark; Robert Nichelini

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| TOBY WILSON, | Case No.: 2:12-cv-00547-JAM-CKD |
| Plaintiff,<br>vs. | **STIPULATION AND ORDER TO CONTINUE TRIAL AND PRETRIAL CONFERENCE** |
| CITY OF VALLEJO; M. THOMPSON; D. JOSEPH; M. NICOL; J. JAKSCH; B. CLARK; ROBERT NICHELINI; and DOES 1 – 15, inclusive, | **Pre-trial Conference:  October 11, 2013**<br>**Trial:  December 2, 2013** |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate that the trial and pre-trial conference in this matter be continued based on the following circumstances:

1) On May 4, 2012, the court filed the Status (Pre-trial Scheduling) Order in this matter setting the case for trial commencing December 2, 2013 at 9:00 a.m.  Pursuant to the order, the court also set the pre-trial conference for October 4, 2013 at 10:00 a.m.

2) On September 19, 2013, the court issued a minute order advancing the pre-trial

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL
AND PRE-TRIAL CONFERENCE

conference, due to calendar congestion, from October 4, 2013 to October 3, 2013 at 10:00 a.m.

3) On September 26, 2013, the court issued a further minute order resetting the October 3, 2013 pre-trial conference to Friday, October 11, 2013 at 11:00 a.m.  Counsel for the parties were available to attend the pre-trial conference on October 3, 2013, but lead trial counsel for defendants, Mark A. Jones, is unavailable to attend the October 11, 2013 pre-trial conference as set by the court.  Mark A. Jones has a prescheduled, prepaid trip to southern California that will render him unavailable to attend the pre-trial conference as set.  The court's pre-trial scheduling order requires trial counsel to attend the pre-trial conference, and defendants as well as Mr. Jones believe it is essential as lead trial counsel that Mr. Jones attend the pre-trial conference.

4) Defendants' counsel has been informed by Harry Vine that the next available pre-trial conference date is November 1, 2013, and that moving the pre-trial conference will necessitate a continuance of the trial date into early next year.

5) In light of the foregoing circumstances, the parties, by and through their respective counsel, stipulate that the pre-trial conference presently set for October 11, 2013 at 11:00 a.m. be continued to November 1, 2013 at 10:00 a.m.  The parties further stipulate and request that the court continue trial in this matter set for December 2, 2013 to February 24, 2014, commencing at 9:00 a.m.

DATED:  October 2, 2013                    LAW OFFICES OF JOHN L. BURRIS


                                           By:  /s/ DeWitt Lacy                     .
                                                JOHN L. BURRIS
                                                DEWITT LACY
                                                Attorneys for Plaintiff, Toby Wilson

///

///

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL
AND PRE-TRIAL CONFERENCE

1    DATED:  October 2, 2013                    CITY ATTORNEY

2

3                                               By:___/s/ Furah Faruqui_____.
                                                   CLAUDIA M. QUINTANA
4                                                  FURAH FARUQUI
                                                   Attorneys for Defendants, City of
5                                                  Vallejo, M. Thompson, D. Joseph, M.
                                                   Nicol, J. Jaksch, B. Clark; Robert
6                                                  Nichelini

7    DATED:  October 2, 2013                    JONES & DYER

8

9                                               By:___/s/  Mark A. Jones_____.
                                                   MARK A. JONES
10                                                 SCOTT H. CAVANAUGH
                                                   Attorneys for Defendants, City of
11                                                 Vallejo, M. Thompson, D. Joseph, M.
                                                   Nicol, J. Jaksch, B. Clark; Robert
12                                                 Nichelini

13

14                                      **ORDER**

15

16         Based upon the Stipulation of the parties, and good cause appearing therefore, the pre-trial

17   conference presently set for October 11, 2013 at 11:00 a.m. is continued and reset for November 1,

18   2013 at 10:00 a.m.  Further, trial presently scheduled for December 2, 2013 is continued and reset

19   for February 24, 2014 at 9:00 a.m.  A Joint Pre-trial Conference Statement shall be filed no later

20   than seven (7) days prior to the pre-trial conference, and counsel are reminded that the entire pre-

21   trial statement, including any exhibit and witness lists, shall also be emailed in Word format to the

22   court's judicial assistant Jane Klingelhoets at jklingelhoets@caed.uscourts.gov.

23         IT IS SO ORDERED.

24

25   DATED: 10/2/2013                           /s/ John A. Mendez_____
                                                HONORABLE JOHN A. MENDEZ
26                                              UNITED STATES DISTRICT COURT JUDGE

27

28

                                            3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL
AND PRE-TRIAL CONFERENCE