UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY WILSON, | No. 2:12-cv-547-JAM-CKD |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO; M. THOMPSON; D. JOSEPH; M. NICOL; J. JAKSCH; B. CLARK; ROBERT NICHELINI; and DOES 1-15, inclusive, | |
| Defendants. | |

This matter was before the undersigned on February 6, 2014 for a settlement conference. The case did not settle at that time. The parties are scheduled to commence trial before the assigned district judge on Monday, February 24, 2014. Further settlement proceedings were conducted by telephone on February 19. Based on the communications with counsel, a further settlement conference is set for February 20, 2014.

Accordingly, it is hereby ORDERED that:

1. A further Settlement Conference is now SET for February 20, 2014 at 2:00 p.m. in Courtroom No. 8, 13th Floor;

2. Counsel for all parties shall personally attend;

/////

1

3.  In addition, the court orders the personal appearance of the Vallejo City Attorney, Claudia Quintana; and

4.  The Clerk is directed to serve a copy of this order on the City Attorney at cquintana@ci.vallejo.ca.us.

DATED: February 19, 2014.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE