UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VALLEJO; M. THOMPSON; D. JOSEPH; M. NICOL; J. JAKSCH; B. CLARK; ROBERT NICHELINI; and DOES 1-15, inclusive,<br><br>    Defendant. | No.  2:12-cv-547-JAM-CKD<br><br><u>ORDER RE SETTLEMENT & DISPOSITION</u> |

Pursuant to the representations of counsel for the parties at a further Settlement Conference conducted in Chambers on February 20, 2014, the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

All hearing dates set in this matter, including the trial currently set for February 24, 2014, are VACATED and all pending motions are denied as moot.

/////

/////

/////

/////

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: February 20, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE