1 **JOHN L. BURRIS**
**DEWITT LACY**
2 LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
3 7677 Oakport Street, Suite 1120
Oakland, CA 94621-1939
4 Tel: (510) 839-5200
Fax: (510) 839-3882
5 E/M: John.Burris@JohnBurrisLaw.com

6 Attorneys for Toby Wilson (plaintiff)

7 **CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
8 **FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
9 CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
10 Vallejo, CA 94590
11 Tel:    (707) 648-4545
Fax:    (707) 648-4687
12
13 **MARK A. JONES**, SBN 96494
**KRISTEN K. PRESTON** SBN 125455
JONES & DYER
14 A Professional Corporation
1800 J Street
15 Sacramento, CA 95811
Telephone: 916-552-5959
16 Facsimile: 916-442-5959

17 Attorneys for Defendants M. Thompson, D. Joseph, M. Nicol,
J. Jaksch, and B. Clark
18

19                    UNITED STATES DISTRICT COURT

20                    EASTERN DISTRICT OF CALIFORNIA

21                           (Sacramento Division)

| | |
|---|---|
| 22 TOBY WILSON, | Case No.: 2:12-cv-00547-JAM-CKD |
| 23           Plaintiff,<br>      vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 24 CITY OF VALLEJO; M. THOMPSON; D. JOSEPH; M. NICOL; J. JAKSCH; B. CLARK; ROBERT NICHELINI; and DOES 1 – 15, inclusive, | |
| 27           Defendants. | |

IT IS HEREBY stipulated and agreed by and between plaintiff Toby Wilson and defendants City of Vallejo, Robert Nichelini, Mark Thompson, Dustin Joseph, Mark Nicol, Jared Jaksch and Brett Clark by and through their undersigned counsel, that the complaint filed herein be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), each party to bear their own attorney's fees and costs.

Dated: March 20, 2014          LAW OFFICES OF JOHN L. BURRIS

By:   /s/ DeWitt Lacy                        .
      JOHN L. BURRIS
      DEWITT LACY
      Attorneys for Plaintiff, Toby Wilson

DATED:  March 20, 2014         CITY ATTORNEY'S OFFICE

By:   /s/ Furah Z. Faruqui                   .
      CLAUDIA M. QUINTANA
      FURAH Z. FARUQUI
      Attorneys for Defendants M. Thompson, D.
      Joseph, M. Nicol, J. Jaksch, and B. Clark

DATED:  March 20, 2014         JONES & DYER

By:   /s/Mark A. Jones                       .
      MARK A. JONES
      KRISTEN K. PRESTON
      Attorneys for Defendants M. Thompson, D.
      Joseph, M. Nicol, J. Jaksch, and B. Clark

## **ORDER**

IT IS SO ORDERED.

DATE:   3/20/2014              /s/ John A. Mendez_____
                               Honorable John A. Mendez
                               United States District Court Judge